STN/MWK
F. # 2014R201180

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ANTHONY RICCIO,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

1:20-cr-00522(RRM)(VMS)

NOTICE OF MOTION

Criminal Docket No. \_\_\_\_-\_\_\_\_\_(\_\_\_\_)

      PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant ANTHONY RICCIO's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           November 19, 2020

                              SETH D. DUCHARME
                              Acting United States Attorney
                              Eastern District of New York
                              Attorney for Plaintiff
                              271 Cadman Plaza East
                              Brooklyn, New York 11201

                       By:    *Anna L. Karamigios*
                              Anna L. Karamigios
                              Assistant United States Attorney
                              (718) 254-6225

Cc:    Clerk of the Court
        Benjamin Yaster, Esq.

1